UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

REINA MARGARITA SANCHEZ RIVAS,

　　　　　　　Petitioner,

　　　　v.

MARKWAYNE MULLIN, et al.,

　　　　　　　Respondent.

Case No. 5:26-cv-01937-JFW (MAR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petitioner and **ORDERING** Respondents to immediately release Petitioner and not re-detain Petitioner without notice and a pre-deprivation hearing.

Dated: April 30, 2026

_____

HONORABLE JOHN F. WALTER
United States District Judge