JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINA MARGARITA SANCHEZ RIVAS,<br><br>                      Petitioner,<br><br>            v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                      Respondent. | Case No. 5:26-cv-01937-JFW (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.  Respondent is to immediately release Petitioner and not re-detain Petitioner without notice and a pre-deprivation hearing.

Dated: April 30, 2026

_____
HONORABLE JOHN F. WALTER
United States District Judge